Form 904BNC  (Revised 04/24/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 14–02325–dd                                      Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Janice Marie Brown
aka Janice Marie McClary
1133 Red Rd
Kingstree, SC 29556

SSN: xxx–xx–0836

| Entered By The Court 8/5/14 | ORDER DISCHARGING TRUSTEE AND CLOSING CASE WITHOUT DEBTOR DISCHARGE | Filed By The Court 8/5/14 Laura A. Austin Clerk of Court US Bankruptcy Court |

The trustee having certified that the estate of the above–named debtor(s) has been fully administered,

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above named debtor(s) is closed **without entry of discharge** for the reason(s) indicated below:

☑ The debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management proving compliance with the required instructional course requirement for discharge or indicating a stated exception to the requirement.

☐ The debtor did not file Certification of Plan Completion and Request for Discharge as required by SC LBR 3015–5.

☐ Other:


Columbia, South Carolina
August 5, 2014
Document 28

*[signature]*

Chief United States Bankruptcy Judge