Name: __Janice M Brown_____

Address: ___2197 Thurgood Marshall Hwy, Kingstree, South Carolina 29556

Phone number: __(843) 372-3835_____

Self-Represented

FILED
2014 AUG 18 PM 12:47
U.S. BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: _Janice M Brown_____, <br> Debtor(s) <br><br> Address: _2197 Thurgood Marshall Hwy <br><br> Kingstree, South Carolina 29556 <br><br> _____ <br><br> Last four digits of Social Security or Taxpayer Identification (TIN) No(s).     ___0836 | Case No.: __14-02325 <br><br> **Ex-Parte Application to Reopen a Chapter 7 Closed Case Under 11 U.S.C. § 350(b)** |

To the Honorable _____:

Debtor/Applicant _Janice Brown__ hereby moves the Court to reopen this case so that the debtor may file Official Form 23 and move the Court to enter a discharge under 11 U.S.C. § 727. In support of this motion the Debtor affirms:

1. On (date) _04/24/2014_____, Applicant filed a Petition for Relief under Chapter 7 of Title 11 of the United States Code, and on (date) __08/05/2014_____, said case was closed without an Order of Discharge under 11 U.S.C. § 727.

Application to Reopen a Closed Case - 1

2. The reason given for the Court's denial of discharge was that the Court failed to timely receive Official Form 23, proof that personal financial management counseling under 11 U.S.C. § 111 was received.

3. The applicant has already completed the personal financial management counseling required by law, which was completed on August 7, 2014.

4. Attached to this application is a copy of Official Form 23 that Applicant will immediately file upon the reopening of this case.

5. Reopening this case by ex-parte application for the purpose of filing Official Form 23 and seeking discharge is authorized under 11 U.S.C. § 350(b).

6. Wherefore Applicant prays that the above entitled case be reopened for the purpose of permitting Applicant to file Official Form 23 and move the Court for a discharge in this Chapter 7 bankruptcy case.

Dated: ____8/15/2014_____

_____
Signature

Application to Reopen a Closed Case - 2

Janice M Brown
2197 Thurgood Marshall Hwy
Kingstree, SC 29556

COLUMBIA SC 290
15 AUG 2014 PM 11

United States Bankruptcy Ct
District of South Carolina
1100 Laurel Street
Columbia, SC 29801